Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of EDWARD HOLMES, Respondent, against BETH EL HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of MINNIE LEVINE, Respondent, against BURG BROTHERS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—